IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WARREN R. ROUTON,                                                                PLAINTIFF

v.                                    Case No. 4:07-cv-4014

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                   DEFENDANT

## JUDGMENT

Comes now the Court on this the **5th day of February, 2008**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE